UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


REVERE CONTROL SYSTEMS, INC.                                            PLAINTIFF


VS.                              CASE NO. 4:14-CV-4144


DUAL CONSTRUCTION, INC.,
GEORGE NICHOLAS BASS, MARLA P.
STUEHRENBERG, BELT CONSTRUCTION, INC.
KYLE M. BASS, and JOHN DOES 1-3                                        DEFENDANTS


**ORDER**

Before the Court is Plaintiff and Defendants' Joint Motion to Stay the Case.  (ECF No. 37).  The

parties report that a tentative settlement agreement has been reached in this case.  The tentative

agreement requires payments to be made through May 5, 2016.  The parties request that the case be

stayed pending the completion of the payments.  Upon consideration, the Court finds that the motion

should be and hereby is **GRANTED**.  This matter is hereby stayed through May 6, 2016.  The parties

must file a motion to dismiss or make a report to the Court on or before May 6, 2016.

**IT IS SO ORDERED**, this 12th day of February, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge