UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

REVERE CONTROL SYSTEMS, INC.                                            PLAINTIFF

VS.                              CASE NO. 4:14-CV-4144

DUAL CONSTRUCTION, INC.,
GEORGE NICHOLAS BASS, MARLA P.
STUEHRENBERG, BELT CONSTRUCTION, INC.
KYLE M. BASS, and JOHN DOES 1-3                                         DEFENDANTS

# ORDER

Before the Court is the parties' Motion for Dismissal With Prejudice. (ECF No. 39). The parties request that the above-styled cause of action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 and that each party bear their own costs and attorney's fees. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**. Each party is to bear their own costs and attorney's fees.

**IT IS SO ORDERED**, this 11th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge